IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 25 C 10494 |
| BEAVER CONCRETE, LLC, an Iowa limited liability company, | ) ) ) ) | JUDGE SARA L. ELLIS |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, BEAVER CONCRETE, LLC, an Iowa limited liability company, in the total amount of $7,717.79, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,724.40.

On September 26, 2025, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 17, 2025. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Fiona M. Lamb

Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6349421
Telephone:  (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\beaver concrete\motion for entry of default and judgment.fml.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of November 2025:

      Mr. Benjamin A. Yeggy, Registered Agent
      Beaver Concrete, LLC
      2322 E. Kimberly Road, Suite 120W
      Davenport, IA  52807-7202


      /s/   Fiona M. Lamb


Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6349421
Telephone:  (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\beaver concrete\motion for entry of default and judgment.fml.df.docx